**Order entered January 22, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00943-CR
## No. 05-14-00944-CR

**CHARLES EVERAGE DOYAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-80146-2014, 199-80147-2014**

## ORDER

The Court **GRANTS** appellant's January 20, 2015 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE